UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**FILED**

AUG 2 2 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

IN THE MATTER OF DTC MARINE SERVICES, INC., AS OWNER OF BARGE 1588, FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Case No. 5:07-CV-72

Admiralty/Rule 9(h)

### ORDER

    Upon consideration of the foregoing Application For Admission Pro Hac Vice of R. Lanahan Goodman, Esq., it is ORDERED that the Application for Admission Pro Hac Vice be, and the same hereby is, APPROVED and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER this 22ND day of August, 2007.

_/s/ Frederick P. Stamp, Jr._
Frederick P. Stamp, Jr.
United States District Judge